Exhibit A to the Complaint

**Location:** Boxford, MA  
**Total Works Infringed:** 35

**IP Address:** 98.110.244.243  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C77869AA0DB15373CE8EE07FCFAE2F3831B1B7CF | 11/21/2024 16:18:03 | Milfy | 11/20/2024 | 12/13/2024 | PA0002506260 |
| 2 | 0417d03f4b11219055c780daea378f96bcc5c354 | 10/11/2024 05:19:16 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 3 | 0f90dcfdcd5c861728d26a10fbd188fd617fc4af | 10/10/2024 01:02:14 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 4 | d6a520cba1496a56cc315653e5d7cdc1a01d5a93 | 10/08/2024 21:40:35 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 5 | db0a49628851773f0084bc61b0c369d933dfd070 | 09/22/2024 19:52:13 | Blacked Raw | 09/01/2022 | 11/24/2022 | PA0002388645 |
| 6 | c49e4192e271248c41357831f2788c94cc28a1b4 | 09/13/2024 01:42:17 | Blacked Raw | 05/09/2022 | 05/20/2022 | PA0002350381 |
| 7 | 6f3f1f01d344e8877937f4bbcdc53e768680b317 | 09/12/2024 22:56:21 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 8 | 031200978c00a496a97a0afbaeda476841a4800d | 09/12/2024 18:49:04 | Blacked Raw | 09/11/2022 | 10/05/2022 | PA0002373951 |
| 9 | a7f1171cface35002a796cc7428b8304b4d2f335 | 09/06/2024 02:53:17 | Blacked Raw | 03/01/2021 | 03/08/2021 | PA0002280355 |
| 10 | a9b6975ffd953cd484516325a14455e74ffcf0ff | 09/01/2024 09:20:25 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 11 | 98183334be141aa4cdca7fe318daf11a22cbf34c | 08/29/2024 01:04:42 | Vixen | 08/13/2021 | 09/08/2021 | PA0002316101 |
| 12 | c51e41867059dfc8d1bed0ffbd36bc24d373bde4 | 08/16/2024 05:28:57 | Blacked Raw | 07/19/2021 | 08/23/2021 | PA0002308404 |
| 13 | d7f45d50ea2c77e1c9816c179e5a3541f3f0cdf8 | 08/15/2024 01:09:45 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 14 | 5343780A2DA07D0760D914E082FD68E3D32AF0FA | 08/14/2024 20:18:05 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 15 | BE01780B0A5AB51E4336FDF5D907D1292427E92D | 08/05/2024 13:03:16 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 16 | cb2e572c4a385429bbb87b6d190bdb8ecab0f204 | 07/28/2024 22:33:11 | Blacked Raw | 03/30/2020 | 04/17/2020 | PA0002237303 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 1950928C43F0C90AEC70B9A3E8C316A061CB13DB | 07/27/2024 15:41:26 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 18 | 8658caf222b40265db37661a4314413749caed5a | 06/30/2024 22:42:47 | Vixen | 05/20/2022 | 06/27/2022 | PA0002354985 |
| 19 | f8286549428b29596a4aedbc0bb741fac560a4d5 | 05/28/2024 20:14:57 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 20 | 4daac2cb27b598223bac5b04d0e66053e7da815b | 05/22/2024 05:52:13 | Slayed | 10/14/2021 | 11/01/2021 | PA0002326407 |
| 21 | 7B33737D3E185A9F5080D6008974C5CCC9AAF29B | 05/22/2024 03:49:37 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 22 | 9c22e877110d06e6533ec589105775f10ea33ec8 | 05/13/2024 13:46:17 | Tushy | 12/04/2022 | 01/10/2023 | PA0002389591 |
| 23 | b5949f74936872dff4cbc3ca4ad956cfcaa9c188 | 05/11/2024 00:31:53 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 24 | 84f30aadec5470568714d82944655017bebe0a04 | 05/09/2024 17:12:40 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 25 | 486663624db005ee8eef55a7ba0012a31cfbbc3f | 05/07/2024 20:55:01 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 26 | 6a3ce0ae77d49868afadf663cc22584708b74830 | 05/01/2024 21:42:27 | Blacked Raw | 09/21/2022 | 10/05/2022 | PA0002373950 |
| 27 | 54cb4e6602fadef2d519859b11a6cd519cd1fffb | 04/30/2024 04:54:28 | Blacked | 07/01/2023 | 07/13/2023 | PA0002420349 |
| 28 | 2015222A1DBD5F91B30C833503A75568969E7C89 | 04/03/2024 01:46:42 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 29 | 0b1150d992f3edfdb16653a8f8ba72fc1350c196 | 03/24/2024 19:05:24 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 30 | c4c6d5f5af7cdb6a89cb3e14ddd1e031e2820fea | 03/16/2024 20:47:24 | Blacked | 04/03/2021 | 04/14/2021 | PA0002286725 |
| 31 | d64412118b365a4b5898019cdf5589510838fca9 | 02/18/2024 20:55:55 | Vixen | 05/26/2023 | 06/09/2023 | PA0002415392 |
| 32 | a7e7c380acffd82d5677cea9e1dbdfb7e7aac9a3 | 02/11/2024 16:34:29 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 33 | 0a3304f7b29fcd52dd35cf2033baa3a6a46f01ee | 02/08/2024 20:58:28 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |
| 34 | b18e1d41690223abb3af223c4cd9db0d92732f68 | 02/03/2024 16:28:47 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 64E6B7D448DBA682D1F3C7325FC949B90D350E0A | 01/14/2024 05:38:44 | Vixen | 11/11/2022 | 12/11/2022 | PA0002384688 |